IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Labzentis, Peter P
   Labzentis, Shirley A
   Printed: 8/26/08

Case Number: 08 B 20030
Judge: Squires, John H
Filed: 7/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan | Secured | 17,374.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 6,402.01 | 0.00 |
| 3. | HFC | Secured | 7,800.00 | 0.00 |
| 4. | HFC | Secured | 14,500.00 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 48.41 | 0.00 |
| 6. | Cook County Treasurer | Unsecured | 22.70 | 0.00 |
| 7. | BP Amoco | Unsecured | | No Claim Filed |
| 8. | Ameriloan | Unsecured | | No Claim Filed |
| 9. | Aspire | Unsecured | | No Claim Filed |
| 10. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | First Premier | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | GEMB | Unsecured | | No Claim Filed |
| 15. | DSNB | Unsecured | | No Claim Filed |
| 16. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 17. | HSBC | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | GEMB | Unsecured | | No Claim Filed |
| 22. | American Express | Unsecured | | No Claim Filed |
| 23. | First Premier | Unsecured | | No Claim Filed |
| 24. | Mooseheart International | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Labzentis, Peter P
Labzentis, Shirley A
Printed:  8/26/08

Case Number:  08 B 20030
Judge:  Squires, John H
Filed:  7/31/08

| | | | |
|---|---|---|---|
| 26. | Jc Penney - GEMB | Unsecured | No Claim Filed |
| 27. | HSBC | Unsecured | No Claim Filed |
| 28. | Resurgent Capital Services | Unsecured | No Claim Filed |
| 29. | Lowes | Unsecured | No Claim Filed |
| 30. | Kohl's/Kohl's Dept Stores | Unsecured | No Claim Filed |
| 31. | Nicor Gas | Unsecured | No Claim Filed |
| 32. | US Bank | Unsecured | No Claim Filed |
| 33. | J Jill | Unsecured | No Claim Filed |
| 34. | Sears / Citibank SD | Unsecured | No Claim Filed |
| 35. | Sam's Club | Unsecured | No Claim Filed |
| 36. | Sprint | Unsecured | No Claim Filed |
| 37. | Penn Foster Schools | Unsecured | No Claim Filed |
| 38. | Target | Unsecured | No Claim Filed |

_____   _____
$ 46,147.12   $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

